UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDRIT KARAMETI, <br><br> Plaintiff(s), <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendant(s). | 23-CV-11299 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

WHEREAS, on December 29, 2023, Plaintiff filed the Petition for a Writ of Mandamus, ECF No. 1;

It is hereby ORDERED that Plaintiff shall, by February 14, 2024, file a memorandum of law in support of his request for a writ of mandamus. The memorandum shall not exceed fifteen pages. The Government shall, by March 6, 2024, file a memorandum of law in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by March 20, 2024, file any reply memorandum that shall not exceed eight pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

SO ORDERED.

Dated: January 16, 2024
New York, New York

_____
DALE E. HO
United States District Judge